# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| AARON WILLIE BRIGHAM, | No. ED CV 20-02525-DDP (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| PRISON LAW OFFICES SAN QUENTIN et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date: June 22, 2021

_____
DEAN D. PREGERSON
United States District Judge